# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NORTH SHORE MANOR, INC., | ) | Case No. 23-10809 JGR |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| NORTH SHORE MANOR, INC., | ) | |
| Chapter 11 Debtor-in-Possession, | ) | Adversary Proceeding No. 23-1085 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| COLUMBINE MANAGEMENT SERVICES, | ) | |
| INC.; CENTRE PHARMACY, INC.; | ) | |
| CENTRE ELDERLY TRANSPORTATION, | ) | |
| INC.; COLUMBINE DISTRIBUTION | ) | |
| CENTER, LLC; COLUMBINE MEDICAL | ) | |
| EQUIPMENT, INC.; FRONT RANGE | ) | |
| THERAPY SYSTEMS, INC. d/b/a | ) | |
| COLUMBINE THERAPY SERVICES; and | ) | |
| POUDRE INFUSION THERAPY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER VACATING HEARING AND CLOSING ADVERSARY PROCEEDING

THIS MATTER having come before the Court on North Shore Manor's Motion to Vacate Hearing and Close Adversary Proceeding and the Court, being duly advised in the premises, hereby ORDERS that:

1.  The hearing set for April 14, 2023 at 10:00 a.m. is hereby VACATED.

2.  The withing Adversary Proceeding has been DISMISSED pursuant to Fed.R.Bankr.P. 7041 and Fed.R.Civ.P. 41(a)(1)(A)(i).

3.  The Clerk of Court shall take such action as is necessary to close this Adversary Proceeding.

Dated April 13, 2023.

BY THE COURT

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge